STATE OF MONTANA,
                    Plaintiff,                                    NO. ADC 92-222
          vs.                                                    DECISION
DAVID MAYO RUIZ,
                    Defendant.

On March 26, 1993, the Defendant was sentenced to ten (10) years for the offense of Assault, plus a five (5) year enhancement, for the use of a weapon. These two sentences are to run consecutively. The Defendant is declared a dangerous offender for the purposes of parole eligibility. Credit is given for 257 days time served.

On August 19, 1994, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, there is a split decision of the Sentence Review Division. Judge John Warner and Judge Edward McLean vote to affirm the decision as originally imposed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

Done in open Court this 19th day of August, 1994.

SIGNED this 17th day of October, 1994.

              **Hon. John Warner and Hon. Ed McLean, Members.**

DISSENT: **THE HONORABLE G. TODD BAUGH DISSENTS.** The reason for the dissenting decision is that Judge Baugh would drop the dangerous designation because of the fact that the defendant's criminal history does not support this designation; and Judge Baugh would make a condition that as soon as he is released he be transferred to Federal Authority for immediate deportation back to his native country.

              **Hon. G. Todd Baugh, Chairman.**

The Sentence Review Board wishes to thank David Mayo-Ruiz for representing himself in this matter.